**EXHIBIT "A"**

# AFFIDAVIT IN SUPPORT OF REMOVAL

STATE OF NEVADA )
COUNTY OF CLARK )

1. I am an attorney duly licensed to practice law in the State of Nevada and a partner with the law firm of Resnick & Lewis, P.C.

2. I am one of the attorneys for Defendant, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, in this matter. I have personal knowledge of the facts contained herein, and I am competent to testify thereto.

3. On May 10, 2019, I spoke with Natalie of Plaintiff's counsel's office to discuss this case. I inquired as to the amount of medical specials incurred by Plaintiff and was advised that Plaintiff is alleging medical specials in excess of $75,000. Plaintiff is also seeking property damages and punitive damages.

4. It is my understanding that the aforementioned conversation was the first instance that my client could reasonably learn as to the amount of Plaintiff's alleged damages as we are unaware of any pre-litigation settlement demand.

5. On May 21, 2019, I sent correspondence to Plaintiff's counsel reiterating our understanding of Plaintiff's alleged damages exceeding $75,000 prior to seeking removal.

6. Based upon the forgoing, I believe that our removal is in good faith.

7. Further affiant sayeth naught.

_____
Melissa J. Roose, Esq.

SIGNED and SWORN to before me this 23rd day of May, 2019.

_____
Notary Public


CHRISTINA L. BRIGGS
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 99-36063-1
My Appt. Expires Dec. 8, 2020

1