**SAO**
**RESNICK & LOUIS, P.C.**
Melissa J. Roose, Esq., SBN: 7889
mroose@rlattorneys.com
Carissa C. Christensen, Esq., SBN: 14692
cchristensen@rlattorneys.com
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Swift Transportation Co. of Arizona, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA PETERS, <br><br> Plaintiffs, <br> v. <br><br> SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; DOE DRIVER; DOES I through XX, inclusive; and ROE BUSIENSS ENTITIES I through XX, inclusive, <br><br> Defendants. | CASE NO.: 2:19-cv-00874-GMN-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> *(Second Request)* |

IT IS HEREBY STIPULATED by and between Plaintiff, LAURA PETERS, through her attorney, RAMZY PAUL LADAH, ESQ. of the law firm of LADAH LAW FIRM, and Defendant, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, through its attorneys MELISSA J. ROOSE, ESQ. and CARISSA CHRISTENSEN, ESQ. of the law firm of RESNICK & LOUIS, P.C., that good cause existing, discovery in this matter shall be extended an additional ninety (90) days for the purpose of completing the discovery described herein. Pursuant to LR 26-4, the parties offer the following in support of the stipulation to extend discovery:

### I. DISCOVERY WHICH HAS BEEN COMPLETED:

1. Plaintiff's Initial FRCP 26(a) disclosures and supplements thereto;

1

2. Defendant's Initial FRCP 26(a) disclosures and supplements thereto;

3. Defendant's Requests for Production of Documents and Interrogatories;

4. Plaintiff's Responses to Defendant's Requests for Production and Interrogatories;

5. Plaintiff's Requests for Production of Documents and Interrogatories;

6. Independent Medical Examination of Plaintiff;

7. Disclosure of Plaintiff's biomedical/biomechanical expert and neurosurgeon expert; and

8. Disclosure of Dr. Montesano's report regarding the Independent Medical Examination of Plaintiff.

## II. DEPOSITIONS TAKEN TO DATE

1. None.

## III. DISCOVERY THAT REMAINS TO BE COMPLETED

1. Deposition of Plaintiff;

2. Depositions of Plaintiff's treating physicians;

3. Disclosure of remaining experts;

4. Disclosure of rebuttal experts; and

5. Depositions of the parties' respective experts.

The Parties anticipate that they may need to conduct other forms of discovery, though not specifically delineated herein, and anticipate doing so only on an as-needed basis.

## IV. REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS AND NEEDS TO BE EXTENDED

The parties have been diligently working on this matter and have made significant progress to posture this case for potential resolution. On January 21, 2020, Plaintiff underwent a posterior lumbar interbody fusion at L3-4 and L4-5. Thereafter, Plaintiff has continued her post-surgical intervention medical treatment and the parties have been working to obtain these additional medical records and billing to fully ascertain the extent of the injuries and damages at issue.

///

The parties also planned to schedule Plaintiff's in-person deposition once Plaintiff recovered from surgery sufficiently to present for her deposition. However, as soon as the parties were preparing to schedule the deposition, Governor Sisolak began issuing Declarations of Emergency Directives in response to the current COVOID-19 pandemic, which have precluded the parties from being able to conduct Plaintiff's deposition in person at this time.

Additionally, the parties had previously agreed to participate in mediation to potentially resolve this matter prior to incurring much of the time and expense of expert discovery. The parties had scheduled the mediation to take place on March 24, 2020. However, based on Governor Sisolak's Declaration of Emergency Directive that ordered the closure of all non-essential businesses in response to the current COVOID-19 pandemic, the mediator cancelled and had to continue the mediation to take place on June 15, 2020.

The parties submit that good cause exists to grant the extension of discovery as described herein because the full extent of Plaintiff's claimed damages are still changing and are not fully known at this time. Additionally, the extension described herein would allow time for Plaintiff's in-person deposition and for the parties' experts to review the complete medical records, billing, and deposition testimony prior to the disclosure of their initial reports. Despite both parties' efforts, they have been precluded from fully investigating the merits of this case through necessary discovery due to the COVOID-19 pandemic.

The parties have met and conferred regarding the challenges and the time needed to complete discovery and estimate an additional 90 days is required to fully complete discovery, attempt resolution via mediation, and if necessary, prepare this matter to proceed to trial in light of the restrictions in place due to the COVOID-19 pandemic.

///
///
///
///
///
///

## V. CURRENT DISCOVERY DEADLINES AND TRIAL DATE

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery Cutoff: | **07/09/2020** | **10/07/2020** |
| Disclosure of Initial Experts: | **05/10/2020** | **08/10/2020** |
| Rebuttal of Expert: | **06/09/2020** | **09/08/2020** |
| Last Day to Amend Pleadings/Add Parties | **01/10/2020 (expired)** | **unchanged** |
| Interim Status Report | **05/10/2020** | **08/10/2020** |
| Dispositive Motions: | **08/06/2020** | **11/04/2020** |
| Pretrial Order | **09/03/2020** | **12/02/2020** |

## VII. CURRENT TRIAL DATE

This case is not currently set for trial.

DATED this 3rd day of April, 2020.　　　　DATED this 3rd day of April, 2020.

**LADAH LAW FIRM**　　　　　　　　　　**RESNICK & LOUIS, P.C.**

/s/ Ramzy Paul Ladah　　　　　　　　　　/s/ Carissa Christensen

_____　　_____
Ramzy Paul Ladah, Esq., SBN: 11405　　Melissa J. Roose, Esq., SBN: 7889
517 S. Third Street　　　　　　　　　　Carissa C. Christensen, Esq., SBN: 14692
Las Vegas, NV 89101　　　　　　　　　　8925 W. Russell Road, Suite 220
*Attorneys for Plaintiff*　　　　　　　Las Vegas, NV 89148
*Laura Peters*　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　*Swift Transportation Co. of Arizona, LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 6, 2020