RAMZY PAUL LADAH, ESQ.
Nevada Bar No. 11405
LADAH LAW FIRM
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
*Attorneys for Plaintiff Laura Peters*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA PETERS, | CASE NO.: 2:19-cv-00874-GMN-EJY |
| Plaintiff, | |
| v. | **Stipulation and Order Extending Deadline to Respond to Defendant's Motion to Set Rule 35 Examinations (ECF No. 35) (First Request)** |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; DOE DRIVER; DOES I through XX, inclusive; and ROE BUSIENSS ENTITIES I through XX, inclusive, | |
| Defendants. | |

Plaintiff, LAURA PETERS ("Plaintiff"), and Defendant, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC ("Defendant"), by and through their respective, undersigned counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendant's Motion to Set Rule 35 Examinations (ECF No. 35) from Friday, January 22, 2021 to Tuesday, January 26, 2021. The Motion was filed on January 8, 2021. This is the first stipulation for an extension of time to respond to the Motion.

The parties respectfully submit that this extension is appropriate, and necessary, to accommodate party counsel's ongoing, good-faith efforts to resolve the issues raised in Defendant's aforesaid motion by way of stipulation. The short extension of time sought herein

1

affords the parties further time and opportunity to work toward their mutual goals of advancing discovery and avoiding judicial intervention.

The parties aver this stipulation is not being submitted for reasons of delay or for any other untoward purpose.

| DATED this 21st day of January, 2021. | DATED this 21st day of January, 2021. |
|---|---|
| **LADAH LAW FIRM, PLLC** | **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC** |
| */s/ Ramzy P. Ladah, Esq.* | */s/ Ryan T. Gormley, Esq.* |
| Ramzy Paul Ladah, Esq. SBN: 11405<br>517 S. Third Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff Laura Peters* | D. Lee Roberts, Jr., Esq., SBN: 8877<br>Ryan T. Gormley, Esq., SBN: 13494<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Swift Transportation Co. of Arizona, LLC* |

2

*Peters v. Swift Transportation Co. of Arizona, LLC*
2:19-cv-00874-GMN-EJY

## **ORDER**

Pursuant to the foregoing stipulation, by and between the parties and their respective counsel, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for Plaintiff to respond to Defendant's Motion to Set Rule 35 Examinations (ECF No. 35), currently scheduled for Friday, January 22, 2021, shall be extended to Tuesday, January 26, 2021.

DATED this 22nd day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
LADAH LAW FIRM, PLLC

*/s/ Ramzy P. Ladah, Esq.*
_____
RAMZY PAUL LADAH, ESQ.
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Laura Peters*

3