1  D. Lee Roberts, Jr., Esq.
   *lroberts@wwhgd.com*
2  Nevada Bar No. 8877
   Ryan T. Gormley, Esq.
3  *rgormley@wwhgd.com*
   Nevada Bar No. 13494
4   WEINBERG, WHEELER, HUDGINS,
      GUNN & DIAL, LLC
5  6385 South Rainbow Blvd., Suite 400
   Las Vegas, Nevada 89118
6  Telephone: (702) 938-3838
   Facsimile: (702) 938-3864
7
   *Attorneys for Defendant*
8  *Swift Transportation Co. of Arizona, LLC*

9

10                UNITED STATES DISTRICT COURT

11                     DISTRICT OF NEVADA

12  LAURA PETERS,                          Case No. 2:19-cv-00874-GMN-EJY

13                   Plaintiff,

14          v.                             **STIPULATION AND ORDER TO
                                           EXTEND DISCOVERY DEADLINES**
15  SWIFT TRANSPORTATION CO. OF
16  ARIZONA, LLC; DOE DRIVER; DOES I       **(FIFTH REQUEST)**
    through XX, inclusive; and ROE BUSINESS
17  ENTITIES I through XX, inclusive,

18                   Defendants.

19

20

21          Defendant Swift Transportation Co. of Arizona, LLC ("Swift") and Plaintiff Laura Peters

22  ("Ms. Peters" or "Plaintiff"), by and through their respective undersigned counsel, hereby stipulate

23  and agree to extend the current discovery deadlines set forth in the Scheduling Order entered on

24  November 6, 2020 (ECF No. 34), pursuant to LR 26-3. This is the fifth stipulation to extend the

25  discovery deadlines.

26  **A.      Statement Specifying the Discovery Completed**

27          To date, the parties have completed significant discovery. Plaintiff has disclosed nineteen

28  supplements to her Rule 26(a) initial disclosures, identifying over 50 witnesses and thousands of

pages of records.  Plaintiff has also responded and provided supplemental responses to two sets of requests for production and one set of interrogatories.  Plaintiff has also disclosed expert reports from a biomechanic, neurosurgeon, orthopedic surgeon, neurologist, and economist.

Swift arranged an independent medical examination of Ms. Peters by an orthopedic surgeon and disclosed the resulting report.  Swift has also disclosed over a thousand pages of records.  Swift has subpoenaed records from dozens of medical providers.  The parties have also served and responded to Rule 34 vehicle inspection requests.

In addition, on January 8, 2021, Swift moved to set the Rule 35 neurological, neuropsychological, and psychiatric examinations of Ms. Peters.  Following the filing of the motion, the parties further met and conferred in good faith regarding the examinations and reached the terms set forth in ECF No. 38, thereby resulting in the withdrawal of the motion.  The psychiatric examination is scheduled for February 25, 2021.  The neurological examination is scheduled for March 1, 2021.  The neuropsychological examination is contingent on certain circumstances, but is likely to be scheduled following the initial expert disclosure deadline.

Swift has also noticed the deposition of Plaintiff and the parties are conferring to set the deposition on a mutually agreeable date.

**B.    Specific Description of the Discovery that Remains to be Completed**

Discovery in this case has been ongoing and additional discovery remains to be completed, including, but not limited to:

- *Written Discovery*.  The parties are meeting and conferring over past responses and Swift will continue to evaluate the need for additional requests or subpoenas depending on how discovery progresses, particularly since Ms. Peters is still undergoing treatment.

- *Rule 35 Examinations*.  The Rule 35 examinations identified above.

- *Experts*.  The parties intend to disclose additional initial and rebuttal experts.

- *Depositions*. Swift intends to take a number of depositions in this matter, including Plaintiff, several lay witnesses, several medical providers, and experts disclosed by Plaintiff.  Plaintiff also intends to take a number of depositions, including, but not

limited to, Swift, several lay witnesses, several medical providers, and experts disclosed by Swift.  Given the number of witnesses, the parties anticipate the need to take more than ten depositions.

- All other discovery deemed necessary by the parties in accordance with the scheduling order and permitted by law.

**C.       Reasons Why Discovery was not Completed**

Since the last discovery extension, the parties have progressed in discovery.  Due to the terms of the parties' agreement regarding scheduling the Rule 35 examinations (ECF No. 38), complications from COVID-19, as well as the extensive injuries alleged by Ms. Peters, her ongoing treatment, including recent surgery, and the complex nature of this matter, the parties believe that an additional 30-day extension is required to complete discovery.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**D.      Proposed Schedule for Completing Remaining Discovery**

| Event | Current Deadline (ECF No. 34) | ~~Proposed~~ Deadline |
|---|---|---|
| Discovery Cutoff | 05/04/2021 | 06/04/2021 |
| Deadline Amend Pleadings/Add Parties | 02/03/2021 | 03/03/2021 |
| Initial Expert Disclosure | 03/05/2021 | 04/05/2021 |
| Rebuttal Expert Disclosure | 04/05/2021 | 05/05/2021 |
| Dispositive Motions | 06/03/2021 | 07/02/2021 |
| Pretrial Order | 07/05/2021 | 08/02/2021 |

If dispositive motions are filed, the deadline for filing the pretrial order will be suspended until 30 days after decision on the dipositive motions or further court order.  The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the pretrial order.

DATED: January 26, 2021                              DATED: January 26, 2021

*/s/ Ryan T. Gormley*                                 */s/ Ramzy P. Ladah (with permission)*
D. Lee Roberts, Jr., Esq.                             Ramzy Paul Ladah, Esq.
Ryan T. Gormley, Esq.                                 LADAH LAW FIRM, PLLC
WEINBERG, WHEELER, HUDGINS,                           517 S. Third Street
    GUNN & DIAL, LLC                                  Las Vegas, Nevada 89101
6385 South Rainbow Blvd., Suite 400                   *Attorneys for Plaintiff*
Las Vegas, Nevada  89118                              *Laura Peters*
*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

**IT IS SO ORDERED.**

**DATED: January 27, 2021**

UNITED STATES MAGISTRATE JUDGE