

**RAMZY PAUL LADAH**
Nevada Bar No. 11405
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
T: 702.252.0055
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| LAURA PETERS,<br><br>  Plaintiff,<br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; DOE DRIVER; DOES I through X; XYZ CORPORATIONS XI through XX; and ABC LIMITED LIABILITY COMPANIES XXI through XXX, inclusive,<br><br>  Defendant(s). | CASE NO.: 2:19-cv-00874-GMN-GWF<br><br>**Stipulation and Order Extending Deadline to Respond to Defendant's Motion to Compel Deposition Testimony of Plaintiff (ECF 43) (First Request)** |

   Plaintiff, LAURA PETERS ("Plaintiff"), and Defendant, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC ("Defendant"), by and through their respective, undersigned counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendant's Motion to Compel Deposition Testimony of Plaintiff (ECF No. 43) from Tuesday, April 6, 2021, to Friday, April 9, 2021. The Motion was filed on March 23, 2021. This is the first stipulation for an extension of time to respond to the Motion.

   The parties respectfully submit that this extension is appropriate, and necessary, to accommodate party counsel's ongoing, good-faith efforts to resolve the issues raised in Defendant's aforesaid motion by way of stipulation. The short extension of time sought herein affords the parties

further time and opportunity to work toward their mutual goals of advancing discovery and avoiding judicial intervention.

The parties aver this stipulation is not being submitted for reasons of delay or for any other untoward purpose.

DATED this 6th day of April 2021.

**LADAH LAW FIRM**

*/s/ Ramzy Paul Ladah*

**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101
Attorney for Plaintiff

DATED this 6th day of April 2021.

**WEINBERG WHEELER HUDGINS GUNN & DIAL**

*/s/ Ryan Gormley.*

**RYAN GORMLEY, ESQ.**
Nevada Bar No. 8735
1117 South Rancho Drive
Las Vegas, NV 89102
Attorneys for Defendants

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: April 6, 2021**