**RAMZY PAUL LADAH**
Nevada Bar No. 11405
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
T: 702.252.0055
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| LAURA PETERS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; DOE DRIVER; DOES I through X; XYZ CORPORATIONS XI through XX; and ABC LIMITED LIABILITY COMPANIES XXI through XXX, inclusive,<br><br>　　　　　Defendant(s). | CASE NO.: 2:19-cv-00874-GMN-GWF<br><br>**Stipulation and Order Extending Deadline to Respond to Defendant's Motion to Compel Deposition Testimony of Plaintiff (ECF 43)**<br><br>**(Second Request)** |

Plaintiff, LAURA PETERS ("Plaintiff"), and Defendant, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC ("Defendant"), by and through their respective, undersigned counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendant's Motion to Compel Deposition Testimony of Plaintiff (ECF No. 43) from Friday, April 9, 2021, to Friday, April 16, 2021. The Motion was filed on March 23, 2021. This is the second stipulation for an extension of time to respond to the Motion.

The parties respectfully submit that this extension is appropriate, and necessary, to accommodate party counsel's ongoing, good-faith efforts to resolve the issues raised in Defendant's aforesaid motion by way of stipulation. The short extension of time sought herein affords the parties

further time and opportunity to work toward their mutual goals of advancing discovery and avoiding judicial intervention.

The parties aver this stipulation is not being submitted for reasons of delay or for any other untoward purpose.

| DATED this 9th day of April 2021. | DATED this 9th day of April 2021. |
|---|---|
| **LADAH LAW FIRM** | **WEINBERG WHEELER HUDGINS GUNN & DIAL** |
| */s/ Ramzy Paul Ladah* | */s/ Jonathan J. Winn* |
| **RAMZY PAUL LADAH, ESQ.**<br>Nevada Bar No. 11405<br>517 S. Third Street<br>Las Vegas, NV 89101<br>Attorney for Plaintiff | **JONATHAN J. WINN, ESQ.**<br>Nevada Bar No. 12896<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br>Attorneys for Defendants |

*Peters v. Swift Transportation Co. of Arizona, LLC*
2:19-cv-00874-GMN-EJY

## ORDER

Pursuant to the foregoing stipulation, by and between the parties and their respective counsel, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for Plaintiff to respond to Defendant's Motion to Compel Deposition Testimony of Plaintiff (ECF No. 43), currently scheduled for Friday, April 9, 2021, shall be extended to Friday, April 16, 2021.

DATED this 12th day of April 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**LADAH LAW FIRM**

*/s/ Ramzy Paul Ladah*
_____
**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Laura Peters*

3