D. Lee Roberts, Jr., Esq.
*lroberts@wwhgd.com*
Nevada Bar No. 8877
Ryan T. Gormley, Esq.
*rgormley@wwhgd.com*
Nevada Bar No. 13494
Jonathan J. Winn, Esq.
*jwinn@wwhgd.com*
Nevada Bar No. 12896
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant
Swift Transportation Co. of Arizona, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA PETERS, <br><br> Plaintiff, <br><br> v. <br><br> SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; DOE DRIVER; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, <br><br> Defendants. | Case No. 2:19-cv-00874-GMN-EJY <br><br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **(TWELFTH REQUEST)** |

Defendant Swift Transportation Co. of Arizona, LLC ("Swift") and Plaintiff Laura Peters ("Ms. Peters" or "Plaintiff"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the current discovery deadlines set forth in the Scheduling Order entered on March 18, 2022 (ECF No. 70) pursuant to LR 26-3. This is the twelfth stipulation to extend the discovery deadlines.

/ / /

**A.     Statement Specifying the Discovery Completed**

To date, the parties have completed significant written discovery. Plaintiff has disclosed fifty-seven supplements to her Rule 26(a) initial disclosures, identifying over 50 witnesses and thousands of pages of records. Plaintiff has also responded and provided supplemental responses to several sets of requests for production and interrogatories. Swift has also disclosed over a thousand pages of records and subpoenaed records from dozens of medical providers. The parties have also served and responded to Rule 34 vehicle inspection requests. Further, three medical examinations of Ms. Peters arranged by Swift have taken place.

As for experts, the parties have disclosed initial and rebuttal experts. Plaintiff identified nine medical professionals as non-retained medical expert/treating physicians. Plaintiff further identified ten initial experts, in the areas of accident reconstruction/biomechanical, spinal surgery, orthopedics, economics, radiology, neuropsychology, neurology, addiction, life care planning, and occupational therapy. Swift has identified ten experts, in the areas of spinal surgery, orthopedics, neurology, life care planning, psychiatry, accident reconstruction/biomechanical, economics, neuropsychology, neuropsychopharmacology, and neuroradiology.[1]

As for depositions, Swift deposed Plaintiff on March 9, 2021; eight fact witnesses (Cipra Dominitz on April 23, 2021, Kemba Kessee on April 27, 2021, Jessalyn Pitz on April 30, 2021 and May 25, 2021, Heather Swonick on May 4, 2021, Spencer Peters on May 11, 2021, Julie Chapin on June 25, 2021, Kelli Thornton on January 5, 2022, and Kevin Thornton on January 5, 2022); eight treating providers (Richard Tull, EMT on April 23, 2021, Raymond Mathieson, PA-C, on May 11, 2021, Dr. Jaswinder Grover on June 10, 2021 and March 10, 2022, Dr. Xin Nick Liu on June 14, 2021, Dr. Abiog on March 1, 2022, Dr. Catapano on March 17, 2022, Dr. Badday on May 24, 2022, and Dr. Al-Hawarey on June 2, 2022 ); and eight experts (Dr. Clauretie on January 27, 2022, Dr. Fazzini on February 16, 2022, Dr. Bashcaron on February 18, 2022, Dr. Hirschfeld on February 28, 2022, Dr. Loong on March 8, 2022, Dr. Garber on March 10, 2022, Dr. Snyder on

---

[1] The descriptions of the parties' experts' areas of expertise is for information purposes only, and in no way is intended or should be construed as defining or otherwise limiting the scope or expertise of said experts.

April 11, 2022, and Mr. Lamoreaux on May 26, 2022). Plaintiff has deposed eight expert witnesses (Dr. Fontes on January 13, 2022, Dr. Mills on January 14, 2022, Dr. Funk on January 20, 2022, Dr. Villanueva on February 1, 2022, Dr. Tamm on February 7, 2022, Ms. Xitco on March 23, 2022, Dr. Linetsky on March 24, 2022, and Dr. Montesano on May 11, 2022).

**B.     Specific Description of the Discovery that Remains to be Completed**

Discovery in this case has been ongoing and additional discovery remains to be completed, including, but not limited to:

- *Written Discovery*. The parties are meeting and conferring over past responses and Swift will continue to evaluate the need for additional requests or subpoenas depending on how discovery progresses, particularly since Ms. Peters is still undergoing treatment.
- *Experts*. The parties intend to disclose additional supplements as necessary.
- *Depositions*. The parties intend to complete depositions of each side's experts. Swift intends to take an additional deposition of Plaintiff, approximately two more fact witness depositions, and four more treating provider depositions, as further identified below.
- All other discovery deemed necessary by the parties in accordance with the scheduling order and permitted by law.

**C.     Reasons Why Discovery was not Completed**

Since the last discovery extension, the parties have progressed in discovery, primarily taking depositions, providing expert supplements, and producing additional medical records. In addition, the parties attempted to participate in a mediation (the mediator canceled at the eleventh hour and the parties are in the process of rescheduling), Plaintiff received additional medical treatment, including undergoing an additional surgery on May 26, 2022, and the parties faced certain scheduling difficulties with the remaining depositions. Given these issues, the parties request an additional thirty days to complete discovery in this matter, as discussed below.

The following depositions are scheduled: Plaintiff's additional deposition of Dr. Montesano (7/20) and Defendant's deposition of Dr. Croft (6/17). Defendant intends to take an

1 additional deposition of Plaintiff once she recovers from her recent medical procedures, with a
2 target date of the second half of July.  Defendant intends to depose two additional fact witnesses,
3 Bonnie Clear and Valerie Tucker, two additional treating providers, Mr. Wach and Dr. Ghuman,
4 and potentially two additional treating providers with whom Plaintiff first treated quite recently,
5 Dr. Dixit and Dr. Velazquez.  The parties are conferring on scheduling these remaining
6 depositions.  Moreover, given the ongoing treatment, the parties and their experts are also working
7 earnestly on providing appropriate supplements and would greatly appreciate the additional time to
8 do so.

9 The parties recognize the need and urgency to complete discovery in this matter, given the
10 age of this matter and number of extensions, and appreciate the Court's indulgence.  They will
11 continue to work in good faith to complete discovery.
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**D.     Proposed Schedule for Completing Remaining Discovery**

| Event | Current Deadline (ECF No. 70) | ~~Proposed~~ Deadline |
|---|---|---|
| Discovery Cutoff | 06/28/2022 | 07/28/2022 |
| Deadline Amend Pleadings/Add Parties | Passed | Passed |
| Initial Expert Disclosure | Passed | Passed |
| Rebuttal Expert Disclosure | Passed | Passed |
| Dispositive Motions | 07/28/2022 | 08/29/2022 |
| Pretrial Order | 30 days after the dispositive motion deadline unless dispositive motions are pending, in which case, the deadline would be 60 days after the order on the dispositive motion(s) is issued. | Same |

If dispositive motions are filed, the deadline for filing the pretrial order will be suspended until 30 days after decision on the dipositive motions or further court order. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the pretrial order.

DATED: June 16, 2022                                          DATED: June 16, 2022

*/s/ Ryan T. Gormley*                                              */s/ Ramzy Paul Ladah (with permission)*
D. Lee Roberts, Jr., Esq.                                        Ramzy Paul Ladah, Esq.
Ryan T. Gormley, Esq.                                           LADAH LAW FIRM, PLLC
WEINBERG, WHEELER, HUDGINS,                      517 S. Third Street
   GUNN & DIAL, LLC                                        Las Vegas, Nevada 89101
6385 South Rainbow Blvd., Suite 400               *Attorneys for Plaintiff*
Las Vegas, Nevada 89118                                    *Laura Peters*
*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

**IT IS SO ORDERED.**

**DATED:  June 16, 2022**

_____
UNITED STATES MAGISTRATE JUDGE