D. Lee Roberts, Jr., Esq.
*lroberts@wwhgd.com*
Nevada Bar No. 8877
Ryan T. Gormley, Esq.
*rgormley@wwhgd.com*
Nevada Bar No. 13494
Jonathan J. Winn, Esq.
*jwinn@wwhgd.com*
Nevada Bar No. 12896
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA PETERS, | Case No. 2:19-cv-00874-GMN-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; DOE DRIVER; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, | |
| Defendants. | **(FIRST REQUEST)** |

Defendant Swift Transportation Co. of Arizona, LLC ("Swift") and Plaintiff Laura Peters ("Ms. Peters" or "Plaintiff"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the current dispositive motion deadline set forth in the Scheduling Order entered on June 16, 2022 (ECF No. 72) pursuant to LR 26-3. This is the first stipulation to specifically extend the dispositive motion deadline.

/ / /

**A.      Statement Specifying the Discovery Completed**

The parties have substantially completed all discovery in this matter, including disclosing thousands of pages of records, serving and responding to Rule 34 vehicle inspection requests, three medical examinations of Ms. Peters arranged by Swift, expert disclosures, and dozens of depositions of lay witnesses, treating providers, and expert witnesses.

**B.      Specific Description of the Discovery that Remains to be Completed**

The parties have agreed to allow Swift to take three additional depositions of Valerie Tucker, Bonnie Clear, and a follow-up deposition of Plaintiff. The parties will also supplement discovery as permitted by law.

**C.      Reasons Why Additional Time is Needed for the Dispositive Motion Deadline**

The current dispositive motion deadline is August 29, 2022. The parties submit that good cause exists to extend this deadline by three weeks to allow the follow-up deposition of Plaintiff to take place prior to the deadline (the depositions had to be rescheduled through the mutual agreement of the parties given Covid-19 concerns for counsel, among other significant scheduling concerns, including trial) and to allow the parties to engage in further good-faith discussions in an effort to negate the need for a dispositive motion on certain issues, if not entirely.

**D.      Proposed Schedule**

| Event | Current Deadline (ECF No. 72) | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | Passed | Passed |
| Deadline Amend Pleadings/Add Parties | Passed | Passed |
| Initial Expert Disclosure | Passed | Passed |
| Rebuttal Expert Disclosure | Passed | Passed |
| Dispositive Motions | 08/29/2022 | 09/19/2022 |
| Pretrial Order | 30 days after the dispositive motion deadline unless dispositive motions are pending, in which case, the deadline would be 60 days after the order on the dispositive motion(s) is issued. | Same |

/ / /

/ / /

/ / /

If dispositive motions are filed, the deadline for filing the pretrial order will be suspended until 30 days after decision on the dipositive motions or further court order. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the pretrial order.

DATED: August 25, 2022

*/s/ Ryan T. Gormley*
D. Lee Roberts, Jr., Esq.
Ryan T. Gormley, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

DATED: August 25, 2022

*/s/ Ramzy Ladah (with permission)*
Ramzy Paul Ladah, Esq.
LADAH LAW FIRM, PLLC
517 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Laura Peters*

**IT IS SO ORDERED.**

Dated this  25   day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT