D. Lee Roberts, Jr., Esq.
*lroberts@wwhgd.com*
Nevada Bar No. 8877
Ryan T. Gormley, Esq.
*rgormley@wwhgd.com*
Nevada Bar No. 13494
Jonathan J. Winn, Esq.
*jwinn@wwhgd.com*
Nevada Bar No. 12896
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant
Swift Transportation Co. of Arizona, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA PETERS,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; DOE DRIVER; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00874-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL DISCLOSURE DEADLINE**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Defendant Swift Transportation Co. of Arizona, LLC ("Swift") and Plaintiff Laura Peters hereby STIPULATE to extend the time for the parties to file their Joint Pretrial Disclosure as set forth in this Court's Order dated January 23, 2023 (ECF No. 96) by 21 days. The current deadline for said Disclosure is February 14, 2023. The extension would give the parties until March 7, 2023. This is the first stipulation seeking to extend the subject deadline.

The parties submit that good cause exists for the requested stipulation. The parties are in

the process of drafting exhibit lists and culling down the extensive exhibits in this matter for trial. Moreover, lead counsel for Plaintiff has been preparing for a trial slated to begin on February 13, 2023 and counsel for Swift is currently out of office until February 14, 2023.

The parties further submit that this extension is requested in good faith and with no dilatory motive. Respectfully submitted,

| | |
|---|---|
| DATED: February 9, 2023 | DATED: February 9, 2023 |
| */s/ Ryan T. Gormley*<br>D. Lee Roberts, Jr., Esq.<br>Ryan T. Gormley, Esq.<br>WEINBERG, WHEELER, HUDGINS,<br>   GUNN & DIAL, LLC<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada  89118<br>*Attorneys for Defendant*<br>*Swift Transportation Co. of Arizona, LLC* | */s/ Ramzy Paul Ladah (with permission)*<br>Ramzy Paul Ladah, Esq.<br>LADAH LAW FIRM, PLLC<br>517 S. Third Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff*<br>*Laura Peters* |

**IT IS SO ORDERED.**

**DATED:  February 9, 2023**

_____
UNITED STATES MAGISTRATE JUDGE