D. Lee Roberts, Jr., Esq.
*lroberts@wwhgd.com*
Nevada Bar No. 8877
Ryan T. Gormley, Esq.
*rgormley@wwhgd.com*
Nevada Bar No. 13494
Jonathan J. Winn, Esq.
*jwinn@wwhgd.com*
Nevada Bar No. 12896
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA PETERS,<br><br>                  Plaintiff,<br><br>     v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; DOE DRIVER; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>                  Defendants. | Case No. 2:19-cv-00874-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL DISCLOSURE DEADLINE**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Defendant Swift Transportation Co. of Arizona, LLC ("Swift") and Plaintiff Laura Peters hereby STIPULATE to extend the time for the parties to file their Joint Pretrial Disclosure by 21 days. This is the second stipulation seeking to extend the subject deadline. The current deadline for said disclosure is March 7, 2023. The Court previously granted the parties' stipulation to extend the deadline from February 14, 2023 to March 7, 2023. (*See* ECF No. 100). This extension would give the parties until March 28, 2023.

The parties submit that good cause exists for the requested extension. Counsel for the parties met and conferred regarding a draft of the disclosure on March 2, 2023. In addition to completing witness lists and deposition designations, the additional time is primarily for selecting, discussing, and culling down the exhibits. The parties each produced thousands of pages of medical records from over 30 medical providers, many of which are duplicative. The parties are working to limit duplication to create clean exhibit lists.

The parties further submit that this extension is requested in good faith and with no dilatory motive. Respectfully submitted,

DATED: March 6, 2023

DATED: March 6, 2023

*/s/ Ryan T. Gormley*
D. Lee Roberts, Jr., Esq.
Ryan T. Gormley, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

*/s/ Ramzy Paul Ladah (with permission)*
Ramzy Paul Ladah, Esq.
LADAH LAW FIRM, PLLC
517 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Laura Peters*

**IT IS SO ORDERED.**

**DATED:   March 6, 2023**

_____
UNITED STATES MAGISTRATE JUDGE