D. Lee Roberts, Jr., Esq.
*lroberts@wwhgd.com*
Nevada Bar No. 8877
Ryan T. Gormley, Esq.
*rgormley@wwhgd.com*
Nevada Bar No. 13494
Jonathan J. Winn, Esq.
*jwinn@wwhgd.com*
Nevada Bar No. 12896
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA PETERS,<br><br>              Plaintiff,<br><br>         v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; DOE DRIVER; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>              Defendants. | Case No. 2:19-cv-00874-GMN-EJY<br><br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WEINBERG WHEELER
HUDGINS GUNN & DIAL

On February 8, 2023, the Court issued an Order setting a settlement conference for March 24, 2023. (*See* ECF No. 98). In this matter, the parties have previously participated in two mediations and a settlement conference with the Court on December 6, 2022. Counsel for the parties met and conferred regarding the March 24, 2023 settlement conference and do not believe it will be fruitful. The parties appreciate the Court's invitation to contact the Court in the future if they believe further assistance of the Court would be helpful in reaching a resolution. (*See* ECF No. 94). But, at this time, the parties respectfully request that the March 24, 2023 settlement conference be vacated.

DATED: March 6, 2023

DATED: March 6, 2023

*/s/ Ryan T. Gormley*
D. Lee Roberts, Jr., Esq.
Ryan T. Gormley, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

*/s/ Ramzy Paul Ladah (with permission)*
Ramzy Paul Ladah, Esq.
LADAH LAW FIRM, PLLC
517 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Laura Peters*

**IT IS SO ORDERED.**

**DATED:   March 6, 2023**

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE