D. Lee Roberts, Jr., Esq.
*lroberts@wwhgd.com*
Nevada Bar No. 8877
Ryan T. Gormley, Esq.
*rgormley@wwhgd.com*
Nevada Bar No. 13494
Jonathan J. Winn, Esq.
*jwinn@wwhgd.com*
Nevada Bar No. 12896
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA PETERS,<br><br>                        Plaintiff,<br><br>     v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; DOE DRIVER; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>                        Defendants. | Case No. 2:19-cv-00874-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL DISCLOSURE DEADLINE**<br><br>**(THIRD REQUEST)** |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Defendant Swift Transportation Co. of Arizona, LLC ("Swift") and Plaintiff Laura Peters hereby STIPULATE to extend the time for the parties to file their Joint Pretrial Disclosure by 9 days. This is the third stipulation seeking to extend the subject deadline. The current deadline for said disclosure is March 28, 2023. The Court previously granted the parties' stipulation to extend the deadline from February 14, 2023 to March 7, 2023 (ECF No. 100) and March 7, 2023 to March 28, 2023 (ECF No. 103). This extension would give the parties until April 6, 2023.

The parties submit that good cause exists for the requested extension. Since the last extension, counsel have been working on witness lists and consolidating exhibits into a joint exhibit list. The parties have agreed to exchange witness lists on March 29, 2023. Further, the parties are circulating a joint exhibit list on March 29, 2023, which consolidates the parties' separate exhibits into a more manageable and succinct format. The parties request the additional nine days to determine if any deposition designations are necessary in light of the witness lists— and to the extent they are, make such designations and objections. Based on discussions amongst counsel, it does not appear that any designations will be necessary at this time. Further, the parties will use the additional time to review the joint exhibit list to confirm that it captures complete information for both sides. This process is complicated by the fact that the exhibit list includes records from over 60 medical providers for whom each side produced separate sets of documents in a continual fashion. After conferring via telephone again this morning, counsel believe that they can have a complete pre-trial order prepared by April 6, 2023.

The parties further submit that this extension is requested in good faith and with no dilatory motive. Respectfully submitted,

DATED: March 28, 2023

*/s/ Ryan T. Gormley*
D. Lee Roberts, Jr., Esq.
Ryan T. Gormley, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

DATED: March 28, 2023

*/s/ Ramzy Paul Ladah (with permission)*
Ramzy Paul Ladah, Esq.
LADAH LAW FIRM, PLLC
517 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Laura Peters*

**ORDER**

**IT IS SO ORDERED.**

Dated this   28   day of March, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT