D. Lee Roberts, Jr., Esq.
*lroberts@wwhgd.com*
Nevada Bar No. 8877
Ryan T. Gormley, Esq.
*rgormley@wwhgd.com*
Nevada Bar No. 13494
Jonathan J. Winn, Esq.
*jwinn@wwhgd.com*
Nevada Bar No. 12896
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA PETERS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-00874-GMN-EJY<br><br>**JOINT PRETRIAL ORDER** |

After pretrial proceedings in this case,

IT IS ORDERED:

**I.**

This is a personal injury action arising out of a car accident on June 16, 2017. Plaintiff Laura Peters maintains a negligence claim against Defendant Swift Transportation Co. of Arizona, LLC. Via stipulation and order, Defendant conceded that its driver's negligence was the cause of the subject motor vehicle collision. (*See* ECF No. 20). Defendant reserved the right to contest medical causation and damages. (*See* ECF No. 20). Thus, as stated by the Court in its summary judgment order, "the only issues that remain concern Plaintiff's negligence claim, specifically whether there is medical causation connecting the treatment Plaintiff received to the injuries she suffered in the accident, and the extent of damages Defendant may be liable for." (ECF No. 96 at 5:14-17).

**II.**

Defendant removed the case to this Court based on diversity jurisdiction. Plaintiff is a citizen of the State of Nevada. Defendant is an Arizona Corporation with its principal place of business in Arizona. The amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff's computation of past medical expenses alone exceeds $3 million. Thus, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.

**III.**

**The following facts are admitted by the parties and require no proof:**

- The stipulation and order regarding negligence as reflected in ECF No. 20.
- The parties stipulate as to the authenticity of all documents produced in discovery, except Plaintiff does not stipulate to the authenticity of the sub rosa videos produced by Defendant.

**IV.**

**The following facts, though not admitted, will not be contested at trial by evidence to the contrary:**

None at this time.

**V.**

**The following are the issues of fact to be tried and determined at trial:**

- Causation
- Damages

**VI.**

**The following are the issues of law to be tried and determined at trial:**

None known at this time. The parties anticipate bringing motions under Fed. R. Civ. P. 50(a) during trial and other legal issues to the Court's attention, as necessary and appropriate.

/ / /

/ / /

/ / /

/ / /

# VII.

**(a) The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:**

None at this time. The parties will further meet and confer to streamline the exhibits and issues for trial.

**(b) As to the following exhibits, the party against whom the same will be offered objects to their admission on the grounds stated:**

See **Exhibit A**. Exhibit A is a joint exhibit list and reflects the parties' objections. The parties will further meet and confer to streamline the exhibits for trial. The parties reserve the right to amend and supplement this list and objections as appropriate.

**(c) Electronic evidence:** To the extent permissible, the parties intend to submit certain medical records and scans electronically for purposes of jury deliberations.

**(d) Depositions:**

1) **Plaintiff will offer the following depositions: [Indicate name of deponent and identify portions to be offered by pages and lines and the party or parties against whom offered.]**

   None at this time.

2) **Defendant will offer the following depositions: [Indicate name of deponent and identify portions to be offered by pages and lines and the party or parties against who offered.]**

   None at this time.

**(e) Objections to depositions:**

Not applicable at this time.

The parties reserve the right to present additional witnesses by deposition to the extent that a witness becomes unavailable prior to trial, is not called by an opposing party, or other unforeseen circumstances, and supplement these disclosures and objections as appropriate.

///

///

## VIII.

**The following witnesses may be called by the parties at trial:**

**(a) Provide names and addresses of Plaintiff's witnesses.**

- Laura Peters c/o Ladah Law Firm, 517 South Third Street, Las Vegas, Nevada 89101;
- Gabrielle Celine Le Cory Phillips, 44445 Camino Lavanda, La Quinta, California 92253;
- Amy Elizabeth Phillips, 511 South Serrano Avenue #605, Los Angeles, California 90020;
- Jacklyn Faye Molnar, 77027 California Drive, Palm Desert, California 92211;
- Jaswinder Grover, M.D., Nevada Spine Clinic, 7140 Smoke Ranch Road, Suite 150, Las Vegas, Nevada 89128;
- Kornelis Poelstra, M.D., Nevada Spine Clinic, 7140 Smoke Ranch Road, Suite 150, Las Vegas, Nevada 89128;
- Babuk Ghuman, M.D., Nevada Spine Clinic, 7140 Smoke Ranch Road, Suite 150, Las Vegas, Nevada 89128;
- Ziad Sawi, M.D., Nevada Spine Clinic, 7140 Smoke Ranch Road, Suite 150, Las Vegas, Nevada 89128;
- William Baumgartl, M.D., Nevada Spine Clinic, 7140 Smoke Ranch Road, Suite 150, Las Vegas, Nevada 89128;
- Christopher Catapano, D.O., Nevada Spine Clinic, 7140 Smoke Ranch Road, Suite 150, Las Vegas, Nevada 89128;
- Christopher A. Fisher, M.D., Nevada Spine Clinic, 7140 Smoke Ranch Road, Suite 150, Las Vegas, Nevada 89128;
- Shanker Dixit, M.D., Neurology Center of Las Vegas, Nevada 89128;
- Jessalyn Pitz, 6917 Cobre Azul #202, Las Vegas, Nevada 89108;
- Spencer Peters, 45611 Faxon Lane, Temecula, California 92592;
- Kemba Kessee, 6416 Oak Street, North Las Vegas, Nevada 89084;

1  • Cipra Dominitz, 705 Kewanna Avenue, Pittsburgh, Pennsylvania 15234;

2  • Heather Swonick, 5936 Vizzi Court, Las Vegas, Nevada 89131;

3  • Julie Chapin, 1344 Camilo Way, El Cajon, California 92021;

4  • Bonnie Clear, 25077 Manzanita Lane, Descanso, California 91916;

5  • Valerie Tucker, 523 Galena Street, El Cajon, California 92021;

6  • Arthur Croft, Ph.D., 826 Orange Avenue, Coronado, California 92118;

7  • Jason Garber, M.D., Las Vegas Neurosurgical Institute, 3012 South Durango Drive, Las Vegas, Nevada 89117;

9  • Randa Bascharon, D.O., Orthopedic & Sports Medicine Institute of La Vegas, 7281 West Sahara Avenue, Suite 110, Las Vegas, Nevada 89117;

11 • Sherif Al-Hawarey, M.D, Red Rock Neurology & Pain Management, 1905 McDaniel Street, Suite 102, North Las Vegas, Nevada 89030

13 • Luis Velazquez, M.D., Velazquez Pain Relief Center, 1815 East Lake Mead Boulevard, Suite 317, Las Vegas, Nevada 89030;

15 • Travis Snyder, D.O., IMGEN, LLC, 5495 South Rainbow Boulevard, Suite 201, Las Vegas, Nevada 89118;

17 • James Loong, Ph.D., 4571 West Dundee Circle, Highland, Utah 84003;

18 • Enrico Fazzini, D.O., 11 Magnolia Drive, Great Neck, New York 11021;

19 • Michael Levy, D.O., Center for Addiction Medicine, 4445 South Jones Boulevard, Suite 3, Las Vegas, Nevada 89103;

21 • Bruce Hirschfield, M.D., Hirschfield Medical PLLC, 7200 Cathedral Rock Drive, Suite 130, Las Vegas, Nevada 89128;

23 • Philip Lamoreaux, 2867 East Sycamore Lane, St. George, Utah 84790; and

24 • Eugenia Larmore, Ph.D., EKay Economic Consultants, 550 West Plumb Lane, Suite B459, Reno, Nevada 89509.

**(b) Provide names and addresses of Defendant's witnesses.**

• Pasquale X. Montesano, MD, 501 S. Rancho, Ste. I-67, Las Vegas, Nevada 89106.

• Roger Fontes, MD, 2800 E. Desert Inn Road, Ste. 100, Las Vegas, Nevada 89121.

1  - Harry S. Tamm, MD, 5070 North 40th Street, Ste. 125, Phoenix, Arizona 89018.
2  - Aubrey Corwin, 2828 N. Central Ave., Ste. 1031, Phoenix, Arizona 85004.
3  - Mark J. Mills, MD, JD, 4727 Wedgewood St., Raleigh, North Carolina, 27612.
4  - James R. Funk, PhD, PE, 1627 Quail Run, Charlottesville, Virginia 22911.
5  - Michael Villanueva, PsyD, 837 Alder Creek Drive, Medford, Oregon 97504.
6  - Heather H. Xitco, 501 West Broadway, Suite 710, San Diego, California 92101.
7  - Michael Linestky, MD, 757 Westwood Plaza, Suite 1621, Los Angeles, California 90095.
9  - Alan S. Bloom, Ph.D., 8701 Watertown Plank Road, Milwaukee, Wisconsin 53226.
10 - Richard Tull, 831 N. Mojave Rd., Las Vegas, Nevada 89101.
11 - Raymond Mathieson, PA-C., 4195 West Reno Avenue, Las Vegas, Nevada 89139.
12 - Kelli Thornton, 6132 Passionate Court, N. Las Vegas, Nevada 89031.
13 - Kevin Thornton, 6132 Passionate Court, N. Las Vegas, Nevada 89031.
14 - Reynold L. Rimoldi, M.D., 7455 W. Washington Ave., Ste. 160, Las Vegas, Nevada 89128.
16 - Dr. Al-Hawarey, 1905 McDaniel St., Ste. 102, N. Las Vegas, Nevada 89030.
17 - Kemba Kessee, 6416 Oak St., N. Las Vegas, Nevada 99084.
18 - Heather Swonick, 5936 Vizzi Ct., Las Vegas, Nevada 89131.
19 - Cipra Dominitz, 705 Kewanna Avenue, Pittsburgh, Pennsylvania 15234 (deposition if not called by Plaintiff).
21 - Spencer Peters, 45611 Faxon Lane, Temecula, California 92592 (deposition if not called by Plaintiff).
23 - Julie Chapin, 1344 Camilo Way, El Cajon, California 92021 (deposition if not called by Plaintiff).
25 - Valerie Tucker, 523 Galena Street, El Cajon, California 92021 (deposition if not called by Plaintiff).
27 - Bonnie Clear, 25077 Manzanita Lane, Descanso, California 91916 (deposition if not called by Plaintiff).

1 - Roy Guill, 7435 S. Eastern Ave., Las Vegas, Nevada 89123.

2 - Xavier Sedillo, 7435 S. Eastern Ave., Las Vegas, Nevada 89123.

The parties reserve the right to supplement these disclosures and object to witness testimony as appropriate.

## IX.

The attorneys have met and jointly offer these three trial dates:

- August 14, 2023
- November 13, 2023
- February 12, 2024

It is expressly understood by the undersigned that the court will set the trial of this matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the court's calendar.

## X.

In addition to jury selection, opening statements, closing arguments, and any other issues that may require resolution outside the presence of the jury:

Plaintiff estimates that her case will take 15-20 full days, allowing reasonable time for cross-examination.

Defendant estimates that its case will take 4-6 full days, allowing reasonable time for cross-examination.

APPROVED AS TO FORM AND CONTENT:

DATED: April 6, 2023.                                DATED: April 6, 2023.

*/s/ Ryan T. Gormley*                                */s/ Ramzy Paul Ladah(with permission)*
D. Lee Roberts, Jr., Esq.                            Ramzy Paul Ladah, Esq.
Ryan T. Gormley, Esq.                                LADAH LAW FIRM, PLLC
Jonathan J. Winn, Esq.                               517 S. Third Street
WEINBERG, WHEELER, HUDGINS,                          Las Vegas, Nevada 89101
  GUNN & DIAL, LLC                                   *Attorneys for Plaintiff*
6385 South Rainbow Blvd., Suite 400                  *Laura Peters*
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

## XI.

## ACTION BY THE COURT

This case is set for jury trial on the ~~fixed~~/stacked calendar on November 13, 2023 at 8:30 a.m. in Courtroom 7D.

Calendar call will be held on November 7, 2023 at 9:00 a.m.

DATED: April 7, 2023

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 6th day of April, 2023, I served a true and correct copy of the foregoing **JOINT PRETRIAL ORDER** was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Ramzy Paul Ladah
Nevada Bar No. 11405
litigation@ladahlaw.com
ramzy@ladahlaw.com
jenny@ladahlaw.com
LADAH LAW FIRM
517 S. Third Street
Las Vegas, NV 89101

*Attorneys for Plaintiff Laura Peters*

                                                     */s/ Kelly L. Pierce*
                                                    An employee of WEINBERG, WHEELER,
                                                        HUDGINS, GUNN & DIAL, LLC

# EXHIBIT A

# JOINT EXHIBIT LIST

# EXHIBIT A

**United States District Court, District of Nevada**

**Laura Peters v. Swift Transportation Co. of Arizona, LLC**
**Case No. 2:19-cv-00874-GMN-EJY**

# Joint Exhibit List

| **Presiding Judge:** Judge Navarro | **Plaintiff's Attorney:** Ramzy Ladah | **Defendant's Attorney:** D. Lee Roberts |
|---|---|---|
| **Trial Date:** | **Court Reporter:** | **Courtroom Deputy:** Nicholas V. |

**Objection Key**

F: Foundation (lack of)/Authenticity (lack of)
H: Hearsay
R: Relevance (lack of)/Cumulative/Substantially more prejudicial than probative
MIL: Subject to court order, motion in limine or agreement of the parties
C: Completeness (lack of)
U: Untimely

| No. | Date Offered | Marked | Admitted | Description | Trial Bates | Produced As | Pre-Trial Objections |
|---|---|---|---|---|---|---|---|
| 1. | | | | Traffic Accident Report | | PLA 1-7; SWIFT-LPETERS 20-23 | P: H D: H, R |
| 2. | | | | Photos of Vehicle | | PLA 8-24 | D: F |
| 3. | | | | Vehicle Estimate | | PLA 25-42 | D: H, R |
| 4. | | | | College of Southern Nevada | | CSN 1-262 | P: R D: H, R |
| 5. | | | | Gabroy Law Offices | | GABROY 1-132 | P: R D: H, R |
| 6. | | | | Geico Insurance Company | | GEICO 1-170 | P: R D: H, R |
| 7. | | | | Kevin Hansen, Esq. | | HANSEN 1-257 | P: R D: H, R |
| 8. | | | | Lyft | | LYFT 1-98 | P: R D: H, R |
| 9. | | | | Social Security Administration | | MED 6398-7391 | P: R D: H, R |
| 10. | | | | Somerpointe Realty, LLC | | SOMER 1-42 | P: R D: H, R |
| 11. | | | | SubRosa Videos | | Defendant's 14th Supplement | P: F, C, U |
| 12. | | | | SubRosa Videos | | Defendant's 17th Supplement | P: F, C, U |
| 13. | | | | Advanced Orthopaedics & Sports Medicine | | PLTF 2074-2100, 3052-3081; MED 1877-1906, 2091 | D: H, R |
| 14. | | | | Advantage Diagnostic | | PLA 792-811; PLTF 3190-3194, 3205; SWIFT-L.PETERS 32-55, 56-57, 1247-1455; MED 70-83 | D: H, R |
| 15. | | | | American Specialty Lab | | PLA 812-822; PLTF 2202-2210, 2917-2930, 8535 – 8629, 8923-8929 | D: H, R |
| 16. | | | | Care Pro Home Health Care | | PLTF 1729-1738, 1746-1846, 1937, 2211-2246, | D: H, R |

| # | | | | Name | | Bates | Obj. |
|---|---|---|---|---|---|---|---|
| | | | | | | 2263, 5998-6130, 8387; MED 1907-2027 | |
| 17. | | | | Center for Colon & Digestive Diseases | | PLTF 3234-3250 | D: H, R |
| 18. | | | | Chukwukum Uche, MD | | MED 7549-7571 | D: H, R |
| 19. | | | | City of Las Vegas Fire & Rescue | | PLA 43-48; SWIFT-L.PETERS 866-871 | D: H, R |
| 20. | | | | Contours & Curves | | PLTF 3251-3355 | P: R<br>D: H, R |
| 21. | | | | Desert Institute of Spine Care (Dr. Andrew Cash) | | PLTF 3359-3394; MED 370-412 | D: H, R |
| 22. | | | | Desert Radiologists | | PLA 140-142; PLTF 3166-3167; SWIFT-L.PETERS 58-90, 91-96 | D: H, R |
| 23. | | | | Desert Valley Audiology | | PLTF 3356-3358; MED 413-433 | P: R<br>D: H, R |
| 24. | | | | Digestive Associates | | PLA 823-829; SWIFT-L.PETERS 97-106 | D: H, R |
| 25. | | | | Don Nobis PT | | PLTF 8935-8986 | D: H, R |
| 26. | | | | Dynamic Physical Therapy (Allegiant Physical Therapy) | | PLTF 1739, 2179, 2247-2262, 3041-3051, 6381, 6383-6406, 8292; MED 1852-1876 | D: H, R |
| 27. | | | | Ear, Nose and Throat of Nevada | | PLTF 3395-3419; MED 1546-1574 | P: R<br>D: H, R |
| 28. | | | | Enrico Fazzini, D.O. | | PLTF 6340-6345, 6929-6932, 7973-7998, 9420-9429 | D: H, R |
| 29. | | | | Fremont Emergency Services | | PLTF 2396-2397 | D: H, R |
| 30. | | | | Home Care Assistance | | PLTF 6575-6584, 6800-6832, 7863-7865, 7963-7965, 8039-8100, 8101-8157, 8176-8195, 8226-8228, 8229-8231, 8232-8234, 8366-8368, 8369-8371, 8372-8374, 8375-8377, 8378-8379, 8380-8381, 8382-8383, 8384-8386, 8646-8660, 8746-8751, 9286 | D: H, R |
| 31. | | | | Infectious Disease Associates | | PLTF 9430-9443 | D: H, R |
| 32. | | | | Institute of Orthopedic Surgery | | SWIFT-L.PETERS 1182-1242 | D: H, R |
| 33. | | | | Las Vegas Fire & Rescue | | MED 339-369 | D: H, R |
| 34. | | | | Las Vegas Neurosurgical Institute (Dr. Jason Garber) | | PLTF 7417, 7418-7420, 8326-8365, 8752-8848 | D: H, R |
| 35. | | | | Las Vegas Pharmacy | | MED 7542-7548 | D: H, R |
| 36. | | | | Las Vegas Radiology | | PLTF 3118-3142, 3420-3436; MED 6373-6402; 6483-6488 | D: H, R |

| # | | | | | Name | | Bates | Obj. |
|---|---|---|---|---|---|---|---|---|
| 37. | | | | | Lien RX, LLC | | PLA 830, 1328;<br>PLTF 1431-1432, 1740, 2180-2185, 2282, 3082-3091, 5994-5997, 6382, 6591-6596, 6793-6799, 8630-8635, 8916-8922, 9014-9020, 9021-9027, 9405-9411, 9412-9419, 9470, 9568-9575;<br>MED 2028-2033 | D: H, R |
| 38. | | | | | Louis Mortillaro and Associates | | PLA 735-791;<br>PLTF 1878-1936, 2683-2699;<br>SWIFT-L.PETERS 495-559 | D: H, R |
| 39. | | | | | Lyons Home Health Care | | PLA 831-864;<br>SWIFT-L.PETERS 107-143;<br>MED 1-53 | D: H, R |
| 40. | | | | | Mountainview Hospital | | PLTF 2398-2602, 3111-3112, 3154-3156, 3212-3222, 3437-3493, 3494-3529, 6597-6606;<br>MED 2111-2542 | D: H, R |
| 41. | | | | | Mountainview Hospital Radiology | | MED 2092-2110, 2949-2951 | D: H, R |
| 42. | | | | | Neck and Back Clinics | | PLA 143-348;<br>SWIFT-L.PETERS 144-351;<br>MED 97-336 | D: H, R |
| 43. | | | | | Neurology Center of Las Vegas (Dr. Shanker Dixit) | | PLTF 8705-8712, 9287 | D: H, R |
| 44. | | | | | Nevada Comprehensive Pain | | PLTF 3530-3548 | D: H, R |
| 45. | | | | | Nevada Eye Physicians (Dr. Shoib Myint) | | MED 6489-6842 | P: R<br>D: H, R |
| 46. | | | | | Nevada Orthopedic and Spine | | PLA 708-734;<br>PLTF 3549-3672;<br>SWIFT-LPETER 926-1182;<br>MED 6209-6360 | D: H, R |
| 47. | | | | | Nevada Rehabilitation Centers | | PLTF 3673-3787 | D: H, R |
| 48. | | | | | Nevada Spine Clinic | | PLA 865-1126, 1134-1142;<br>PLTF 1329-1419, 1433-1454, 1706-1728, 1741-1745, 1860-1871, 1859, 1938-1946, 2147-2169, 2264-2281, 2917-3126, 6133-6329, 6346-6371, 6407-6434, 6451-6452, 6453-6478, 6479, 6531-6563, 6607, 6608-6687, 7115-7399, 8235-8270, 8294-8307, 8437-8440, 8441-8493, 8704, 8849-8853, 8871-8907, 9029-9034, 9202-9239, 9471-9492, 9581-9596, 6479;<br>SWIFT-L.PETERS 353- | D: H, R |

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 494, 1456-1476;<br>MED 434-1332 | |
| 49. | | | | | Next Step Medical | | PLA 1127;<br>SWIFT-L.PETERS 560-574 | D: H, R |
| 50. | | | | | North Vista Hospital Radiology | | MED 54-56, 1611-1701 | D: H, R |
| 51. | | | | | Orthopedic and Sports Medicine (Dr. Bascharon) | | PLTF 7999, 8000-8001, 8930, 8935-8986, 9174-9201 | D: H, R |
| 52. | | | | | PMP | | PMP 1-3 | |
| 53. | | | | | Precision Diagnostic Imaging (American Radiology) | | PLTF 1425-1430, 1535, 1872-1875, 2177-2178, 2931-2951, 3200-3202, 3206-3211, 3228-3233, 6131, 6378-6379, 6435-6450, 6566-6574, 6884-6928, 7400-7406, 8271-8272, 8435-8436, 8931-8934, (Disclosure No. 432);<br>SWIFT-LPETERS 872-874 | D: H, R |
| 54. | | | | | Pueblo Medical Imaging | | PLTF 8011-8019, 8281-8289, 8527-8528, 8529-8530, 8531-8532, 8533-8534, 8661-8703, 8861-8863 | D: H, R |
| 55. | | | | | Radiology Specialists | | PLTF 2603-2682 | D: H, R |
| 56. | | | | | Red Rock Neurology and Pain Management (Dr. Sherif Hawarey) | | PLTF 2283-2285, 2700-2706, 5981-5985, 6480-6507, 6843-6890, 6833-6883, 6833-6883, 7803-7834, 9028, 9082-9173;<br>MED 1333-1353, 6843-6890;<br>RRN 1-29 | D: H, R |
| 57. | | | | | Seven Hills Surgery Center | | PLTF 3788-3924;<br>MED 1703-1851 | P: R<br>D: H, R |
| 58. | | | | | Shadow Emergency Physicians | | PLA 139;<br>MED 6403-6482 | D: H, R |
| 59. | | | | | Simon Medical Imaging | | PLTF 2292-2297, 2707-2916, 3223-3227, 5986-5993, 8636 – 8645, 9444-9453;<br>MED 2952-2953;<br>SNYDER 1-20 | D: H, R |
| 60. | | | | | Smoke Ranch Specialists | | PLA 1128;<br>PLTF 1424, 1534, 1947, 2176, 3093, 6380, 7407-7408, 8290-8291, 9072-9076, 9249-9250 | D: H, R |
| 61. | | | | | Smoke Ranch Surgery Center | | PLA 1129-1133, 1143-1327;<br>PLTF 1420-1423, 1455-1533, 1938-1946, 1947-1948, 1948, 1949-2073, 2170-2175, 2952-3040, 3092, 3195, 6330-6339, 6372-6377, 6564-6565, 6688-6792, 7409-7416, | D: H, R |

| # | | | | Description | | Bates | Obj. |
|---|---|---|---|---|---|---|---|
| | | | | | | 7421-7802, 8273-8280, 8495-8526, 8908-8915, 8987-9013, 9035-9071, 9240-9248, 9567; SWIFT-L.PETERS 575-760; MED 2633-2948 | |
| 62. | | | | Southwest Medical Associates | | PLA 349-707; PLTF 3096-3102, 3110, 3113-3117, 3143-3153, 3159-3161, 3165, 3176, 3196-3199; SWIFT-L.PETERS 761-765, 875-876; MED 2954-4861 | D: H, R |
| 63. | | | | Spanish Hills Wellness | | PLTF 3925-4081; MED 1373-1545 | P: R D: H, R |
| 64. | | | | Spring Valley Hospital | | PLTF 4082-4620; MED 4862-5418 | D: H, R |
| 65. | | | | St. Rose Dominican Hospital-San Martin | | PLTF 3094-3095, 3103-3109, 4621-4757 | D: H, R |
| 66. | | | | Steinberg Diagnostics | | PLTF 3157-3158, 3162-3164 | D: H, R |
| 67. | | | | Summerlin Hospital | | PLTF 3177-3189, 3203-3204, 6132; MED 5419-6088 | D: H, R |
| 68. | | | | Summerlin Hospital Radiology | | MED 6089-6090 | D: H, R |
| 69. | | | | Thomas Umbach, MD | | MED 1354-1372 | P: R D: H, R |
| 70. | | | | Velazquez Pain Relief Center | | PLTF 8388-8433, 8494, 8854-8860, 9077-9081; MED 7392-7541 | D: H, R |
| 71. | | | | Valley Hospital Medical Center | | PLA 49-138; PLTF 3168-3175; SWIFT-L.PETERS 766-767, 768-865, 892-894; MED 6091-6195, 6396-6396, 9396-9397 | D: H, R |
| 72. | | | | Vision Source | | MED 1575-1610 | P: R D: H, R |
| 73. | | | | Vivo Vision Optometry (Monica Pinon, OD) | | PLTF 4758-4813; MED 2034-2090 | P: R D: H, R |
| 74. | | | | Walgreens | | MED 2543-2632 | D: H, R |
| 75. | | | | 986 Specialty Pharmacy | | MED 6391-6395, 8864-8870 | D: H, R |
| 76. | | | | Films from Valley Hospital (on disc) | | | D: R |
| 77. | | | | Films from Advantage Diagnostic Imaging (on disc) | | | D: R |
| 78. | | | | Films from Precision Diagnostic Imaging (on disc) | | | D: R |
| 79. | | | | Films from MountainView Hospital (on disc) | | | D: R |
| 80. | | | | Films from SimonMed Imaging (on disc) | | | D: R |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 81. | | | | Films from Pueblo Medical Imaging (on disc) | | | D: R |
| 82. | | | | Films from Las Vegas Radiology (on disc) | | | D: R |
| 83. | | | | Films from St. Rose Hospital (on disc) | | | D: R |
| 84. | | | | Films from Southwest Medical Associates (on disc) | | | D: R |