D. Lee Roberts, Jr., Esq.
lroberts@wwhgd.com
Nevada Bar No. 8877
Ryan T. Gormley, Esq.
rgormley@wwhgd.com
Nevada Bar No. 13494
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA PETERS, | Case No. 2:19-cv-00874-GMN-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE TRIAL** |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, | |
| Defendant. | |

Plaintiff Laura Peters and Defendant Swift Transportation Co. of Arizona, LLC, by and through their respective counsel of record, hereby submit this Stipulation to Continue Trial in light of the Court's six-week trial in *USA v. Bradford*, Case No. 2:19-cr-222-GMN-BNW.

In addition, because counsel for the parties have firm trial settings in other matters through February 2024, the parties respectfully request that the Court schedule this matter for trial for a start date not before April 1, 2024.

DATED: October 4, 2023                                         DATED: October 4, 2023

*/s/ Ryan T. Gormley*                                              */s/ Ramzy Paul Ladah (with permission)*
D. Lee Roberts, Jr., Esq.                                          Ramzy Paul Ladah, Esq.
Ryan T. Gormley, Esq.                                              LADAH LAW FIRM, PLLC
WEINBERG, WHEELER, HUDGINS,                          517 S. Third Street
   GUNN & DIAL, LLC                                               Las Vegas, Nevada 89101
6385 South Rainbow Blvd., Suite 400                       *Attorneys for Plaintiff*
Las Vegas, Nevada 89118                                        *Laura Peters*
*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

## ORDER

This case is set for jury trial on the ~~fixed~~/stacked calendar on  April 8, 2024  at   8:30 a.m. in 7D  .

Calendar call with be held on   April 2, 2024 at 9:00 a.m. in 7D   .

DATED: October 4, 2023

_____
UNITED STATES DISTRICT JUDGE