D. Lee Roberts, Jr., Esq.
lroberts@wwhgd.com
Nevada Bar No. 8877
Ryan T. Gormley, Esq.
rgormley@wwhgd.com
Nevada Bar No. 13494
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA PETERS, | Case No. 2:19-cv-00874-GMN-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE TRIAL** |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, | |
| Defendant. | |

Plaintiff Laura Peters and Defendant Swift Transportation Co. of Arizona, LLC, by and through their counsel of record, hereby submit this Stipulation to Continue Trial.

In light of firm trial settings in other matters and pre-arranged vacations, the parties respectfully request that the Court schedule this matter for trial for a start date of August 19, 2024.

DATED: March 5, 2024.                              DATED: March 5, 2024.

*/s/ Ryan T. Gormley*                              */s/ Ramzy Paul Ladah (with permission)*
D. Lee Roberts, Jr., Esq.                          Ramzy Paul Ladah, Esq.
Ryan T. Gormley, Esq.                              LADAH LAW FIRM, PLLC
WEINBERG, WHEELER, HUDGINS,                        517 S. Third Street
  GUNN & DIAL, LLC                                 Las Vegas, Nevada 89101
6385 South Rainbow Blvd., Suite 400                *Attorneys for Plaintiff*
Las Vegas, Nevada 89118                            *Laura Peters*
*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

**ORDER**

This case is set for jury trial on the ~~fixed~~/stacked calendar on  August 26, 2024 at  8:30 a.m.                              .

Calendar call with be held on  August 20, 2024 at 9:00 a.m.            .

DATED: March 6, 2024

_____
UNITED STATES DISTRICT JUDGE