D. Lee Roberts, Jr., Esq.
*lroberts@wwhgd.com*
Nevada Bar No. 8877
Ryan T. Gormley, Esq.
*rgormley@wwhgd.com*
Nevada Bar No. 13494
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Swift Transportation Co. of Arizona, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA PETERS, | Case No. 2:19-cv-00874-GMN-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Plaintiff Laura Peters and Defendant Swift Transportation Co. of Arizona, LLC, by and
2  through their respective undersigned counsel, hereby stipulate that the above-captioned action
3  and any and all claims asserted by Plaintiff against any and all defendants in said action are
4  hereby DISMISSED WITH PREJUDICE in their entirety pursuant to Fed. R. Civ. P. 41. All
5  parties to bear their own attorney fees, costs, and expenses. All dates, including the upcoming
6  trial date, may be vacated.

7  IT IS SO STIPULATED.

8  Respectfully submitted July 12, 2024.

| */s/ Ryan T. Gormley* | */s/ Ramzy Paul Ladah (with permission)* |
|---|---|
| D. Lee Roberts, Jr., Esq. | Ramzy Paul Ladah, Esq. |
| Ryan T. Gormley, Esq. | LADAH LAW FIRM, PLLC |
| WEINBERG, WHEELER, HUDGINS, | 517 S. Third Street |
|   GUNN & DIAL, LLC | Las Vegas, Nevada 89101 |
| 6385 South Rainbow Blvd., Suite 400 | *Attorneys for Plaintiff* |
| Las Vegas, Nevada 89118 | *Laura Peters* |
| *Attorneys for Defendant* | |
| *Swift Transportation Co. of Arizona, LLC* | |

IT IS SO ORDERED. The Clerk of Court is kindly instructed to close the case.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 16, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on July 12, 2024, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Ramzy Paul Ladah
Nevada Bar No. 11405
litigation@ladahlaw.com
ramzy@ladahlaw.com
jenny@ladahlaw.com
LADAH LAW FIRM
517 S. Third Street
Las Vegas, NV 89101

*Attorneys for Plaintiff Laura Peters*

                                                          */s/ Kelly L. Pierce*
                                                    An employee of WEINBERG, WHEELER,
                                                        HUDGINS, GUNN & DIAL, LLC